IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Dr. Chipley Bennett, | ) | C.A. No.: **7:23-cv-02574-JD-KFM** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RULE 26(f) REPORT** |
| v. | ) | |
| | ) | |
| Spartanburg Community College | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____    We agree that the schedule set forth in the Conference and Scheduling Order filed **November 27, 2023** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

\_\_\_\_X\_\_\_\_\_    We agree that the schedule set forth in the Conference and Scheduling Order filed **November 27, 2023** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____    We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

| Plaintiff: | Defendant: |
|---|---|
| DR. CHIPLEY BENNETT | SPARTANBURG COMMUNITY COLLEGE |
| **DUNLAEVY LAW FIRM** | **GIBBES BURTON, LLC** |
| BY: s/Jeffrey P. Dunlaevy<br>Jeffrey P. Dunlaevy (#7575)<br>37 Villa Road, Suite 440<br>Greenville, South Carolina 29615<br>Telephone: (864) 208-9305<br>jeff@dunlaevylaw.com<br>*Attorney for Plaintiff Dr. Chipley Bennett* | BY: s/Stephanie H. Burton<br>Stephanie H. Burton (#5009)<br>308 East Saint John Street<br>Spartanburg, South Carolina 29302<br>Telephone: (864) 327-5000<br>sburton@gibbesburton.com<br>*Attorneys for Defendant Spartanburg Community College* |

Spartanburg, South Carolina
January 3, 2024